## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLY ISABELLA PEREIRA DE LIRA, *Plaintiff*, <br><br> v. <br><br> JOHN THOMPSON, et al. <br> *Defendants.* | **Civil Action No.:** <br><br> **2:26-cv-5929** <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff, Kimberly Isabella Pereira De Lira, by and through undersigned counsel, hereby voluntarily dismisses the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

At the time of this filing, no Defendant has served an Answer or a Motion for Summary Judgment. Accordingly, Plaintiff is entitled to dismiss this action without a court order. This dismissal is without prejudice.

**Dated: 07/09/26**

Respectfully Submitted,

*Alexandra Minogue*

Alexandra Minogue, Esq.
NJ Bar ID: 479582024
Nova Law Group
21 Fulton Street
Newark, NJ 07102
E: aminogue@nova.law
P: 844-844-6682
*Counsel for Plaintiff*

SO ORDERED

   *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:
   7/10/26